IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH LAVERN MITCHELL, | ) | |
| Petitioner, | ) | No. C 04-3277 CRB (PR) |
| vs. | ) | ORDER |
| DAVID D. RUNNELS, Warden, | ) | (Doc # 15) |
| Respondent. | ) | |

    Good cause appearing, petitioner's second motion (doc # 15) for an enlargement of time to file an application for a certificate of appealability is GRANTED.  Petitioner may file an application for a certificate of appealability by no later than February 6, 2006.

    No further enlargements of time will be granted.

SO ORDERED.

DATED: Jan. 12, 2006

CHARLES R. BREYER
United States District Judge