IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KENNETH LAVERN MITCHELL,                )
                                         )
            Petitioner,                  )      No. C 04-3277 CRB (PR)
                                         )
      vs.                                )      ORDER DENYING
                                         )      CERTIFICATE OF
DAVID D. RUNNELS, Warden,                )      APPEALABILITY
                                         )
            Respondent.                  )      (Doc # 17)
_____  )

        Petitioner has filed a notice of appeal and request for a certificate of

appealability under 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure

22(b).

        Petitioner's request for a certificate of appealability (doc # 17) is DENIED

because petitioner has not made "a substantial showing of the denial of a

constitutional right."  28 U.S.C. §  2253(c)(2).  Petitioner has not demonstrated

that "reasonable jurists would find the district court's assessment of the

constitutional claims debatable or wrong." Slack v. McDaniel, 529 U.S. 473, 484

(2000).

        The clerk shall forward to the court of appeals the case file with this order.

See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

SO ORDERED.

DATED:  March 16, 2006

                                    _____
                                    CHARLES R. BREYER
                                    United States District Judge